HMK/mjg FS 7919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MAN FERROSTAAL, INC. now known as
FERROSTAAL METALS GROUP, INC.

                        Plaintiff,                08 CV 0040 (JSR)(GWG)
                                                        ECF CASE

   -against-


M/V EMERALD, her engines, boilers, tackle, etc.,    **RULE 7.1 STATEMENT**
CARGO-LEVANT SCHIFFAHRTS MBH,
COMBINED ATLANTIC CARRIERS (COMBAC),
GLORIA SPECIAL MARITIME ENTERPRISE (ENE),
NEREUS SHIPPING SA
                                 Defendants
--------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK

WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated:  January 2, 2008

                                            KINGSLEY, KINGSLEY & CALKINS
                                            Attorneys for Plaintiff


                                            BY:__/S/_____
                                              HAROLD M. KINGSLEY
                                              91 W. Cherry Street
                                              Hicksville, New York 11801
                                              (516) 931-0064