UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MAN FERROSTAAL, INC. Now known as FERROSTAAL METALS GROUP, INC.<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　-V-<br><br>M/V EMERALD et al<br>　　　　　　　　　Defendants, | **CERTIFICATE OF MAILING**<br><br><br><br>08 CV 0040 (JSR) |

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11TH  day of January, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**3RD  day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 921 700 US**

　　　　　　　　　　　　　　　　　　　　　　　　　　　*J. Michael McMahon*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 7, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street

Re: [FERROSTA]AL, INC. n/k/a FERROSTAAL METALS
    [v.] M/V EMERALD, et al.

[Process] and Complaint on the following defendant
[per Ru]les of Civil Procedure Rule 4: (f)(2)(c) (ii):

[Gloria Special M]aritime Enterprises (ENE)
[Lemos Maritime] Building
[35-39, Akit Maiou]li
[185-35, Piraeus, Greece]

Very truly yours,

HMK/mjg
Encl.