UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN 1 1 2008

S. D. OF N.Y.

---

MAN FERROSTAAL, INC. Now known as FERROSTAAL
METALS GROUP, INC.

      Plaintiff,

    -V-

M/V EMERALD et al

      Defendants,

**CERTIFICATE OF MAILING**

08 CV 0040 (JSR)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11TH day of January, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**3RD day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 921 727 US**

J. Michael McMahon
        CLERK

Dated: New York, NY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC. Now known as FERROSTAAL METALS GROUP, INC. | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| M/V EMERALD et al | |
| Defendants, | |
| | 08 CV 0040 (JSR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11TH  day of January, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**3RD  day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 921 727 US**

CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 7, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street

...AAL, INC. n/k/a FERROSTAAL METALS
. M/V EMERALD, et al.

s and Complaint on the following defendant
les of Civil Procedure Rule 4: (f)(2)(c) (ii):

tic Carriers (COMBAC)

Very truly yours,

HMK/mjg
Encl.

---

| Registered No. | | Date Stamp |
|---|---|---|
| Reg. Fee $10.15 | | 0004 |
| Handling Charge $0.00 | Return Receipt $2.15 | 05 |
| Postage $1.80 | Restricted Delivery $0.00 | 01/11/08 |
| Received by | | |
| Customer Must Declare Full Value $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
OUR FILE# 7919

TO: Combined Atlantic Carriers
(COMBAC)
Altenwall 25
D-28195 Bremen
GERMANY

PS Form **3806**, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®