UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC. Now known as FERROSTAAL METALS GROUP, INC.

                    Plaintiff,

                    -V-

M/V EMERALD et al

                    Defendants,

**CERTIFICATE OF MAILING**

08 CV 0040 (JSR)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11TH  day of January, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**3RD  day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 921 673 US**

_____
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
### ATTORNEYS AT LAW
*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 7, 2008

[Registered Mail Receipt]
Registered No. RB632921673US
Reg. Fee $10.15
Handling Charge $0.00
Postage $1.80
Return Receipt $2.15
Restricted Delivery $0.00
Date Stamp: 0004 05 01/11/08
Customer Must Declare Full Value $0.00

FROM: KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
OUR FILE# 7919

TO: Cargo Levant Schiffahrts, MBH
Altenwall 25
D-28195 Bremen
GERMANY

PS Form 3806, Receipt for Registered Mail, May 2004

...AL, INC. n/k/a FERROSTAAL METALS
... M/V EMERALD, et al.

...s and Complaint on the following defendant
...les of Civil Procedure Rule 4: (f)(2)(c) (ii):

...iffahrts MBH

Thank you.

Very truly yours,

HMK/mjg
Encl.