

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC. Now known as FERROSTAAL METALS GROUP, INC.<br><br>                              Plaintiff,<br><br>                -V-<br><br>M/V EMERALD et al<br><br>                              Defendants, | **CERTIFICATE OF MAILING**<br><br><br><br>08 CV 0040 (JSR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11TH  day of January, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**3RD  day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 921 713 US**

*J. Michael McMahon*
————————————————
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 7, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ...AL, INC. n/k/a FERROSTAAL METALS
... M/V EMERALD, et al.

... s and Complaint on the following defendant
... les of Civil Procedure Rule 4: (f)(2)(c) (ii):

... SA
... Building
... ıli

Very truly yours,

[signature]

HMK/mjg
Encl.

---

**Registered No.** RB632921717US

| | |
|---|---|
| Reg. Fee | $10.15 |
| Handling Charge | $0.00 |
| Return Receipt | $2.15 |
| Postage | $1.80 |
| Restricted Delivery | $0.00 |

Date Stamp: 0004 05 01/11/08

Customer Must Declare Full Value $0.00

FROM:
KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
OUR FILE# 7919

TO:
Gloria Maritime Enterprises (ENE
Lemos Maritime Building
35 39, Akit Maiouli
185 35 Piraeus GREECE

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com