UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC., now known as :
FERROSTAAL METALS GROUP, INC. :
 :
       Plaintiffs, : Docket no.: 08 Civ. 40 (JSR)
 :
  -against- :
 :
M/V EMERALD, her engines, tackle, :
boilers, etc., CARGO-LEVANT SCHIFFAHRTS : **RULE 7.1 STATEMENT OF**
MBH, COMBINED ATLANTIC CARRIERS : **NEREUS SHIPPING SA**
(COMBAC), GLORIA SPECIAL MARITIME :
ENTERPRISE (ENE), NEREUS SHIPPING SA, :
 :
       Defendants. :
------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for the Defendant certifies that NEREUS SHIPPING SA has no corporate parents, subsidiaries, or affiliates which are publicly held or traded:

    NONE.

Dated: New York, NY
      April 1, 2008

                                        TISDALE LAW OFFICES, LLC
                                        Attorneys for Defendant,
                                        Nereus Shipping SA

                By:          /s/
                            Lauren C. Davies (LD1980)
                            Thomas L. Tisdale (TT5263)
                            ldavies@tisdale-law.com
                            ttisdale@tisdale-law.com
                            11 West 42nd Street, Suite 900
                            New York, NY 10036
                            Tel: (212) 354-0025
                            Fax: (212) 869-0067

## AFFIRMATION OF SERVICE

I hereby certify that on April 1, 2008, a copy of the foregoing RULE 7.1 STATEMENT OF NEREUS SHIPPING SA was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

| Cargo-Levant Schiffahrts MBH<br>Altenwall 25, D-28195<br>Bremen, Germany | Combined Atlantic Carriers (COMBAC)<br>Altenwall 25, D-28195<br>Bremen, Germany |
|---|---|
| Gloria Special Maritime Enterprises (ENE)<br>Lemos Maritime Building 35 39, Akit<br>Maiouli, Piraeus, Greece 185 35 | |

/s/
Lauren C. Davies