```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
MAN FERROSTAAL, INC. now known as        :
FERROSTAAL METALS GROUP, INC.,           :
                                         :   08 Civ. 0040 (JSR)
            Plaintiff,                   :
                                         :   ORDER
       -v-                               :
                                         :
M/V EMERALD et al.,                      :
                                         :
            Defendants.                  :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    During a joint telephone conference held on May 5, 2008, the parties notified the Court that they have reached a likely settlement in the above-captioned case. On the parties' consent, this case is hereby dismissed with prejudice, but with leave to any party to move within 60 days from the date hereof to reopen the case if the putative settlement falls through.

    SO ORDERED.

                                                                JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       May 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08